RUTH F. NEVIN, Respondent, v. WILLIAM NEVIN, Appellant.— Order affirmed, without costs. All concur. (The order grants temporary alimony and counsel fees in an action for a separation.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

MARY LINCOLN CANDIES, INC., and Others, Respondents, Appellants, v. THE DEPARTMENT OF LABOR OF THE STATE OF NEW YORK and Others, Appellants, Respondents.— Motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See ante, p. 1058.] Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

In the Matter of the Petition of PAUL C. SQUIRES.— Petition dismissed upon the ground that the facts stated are insufficient to warrant action thereon. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.